UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DANE EARL FINLEY JR.,

                              Plaintiff,

                                                                         **ORDER**
                  -against-                           17-CV-0371 (LDH) (LB)

TRANS UNION, EXPERIAN, EQUIFAX,

                              Defendant.
-------------------------------------------------------------------x

LaSHANN DeARCY HALL, United States District Judge:

      On August 10, 2017, United States Magistrate Judge Lois Bloom issued a report and recommendation (the "Report and Recommendation"), wherein she recommended that this Court dismiss this action pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2)(A)(v) for failure to comply with the Court's orders and for Plaintiff's abandonment of this action. (*See* R. & R., ECF No. 19.) Any written objections to the Report and Recommendation had to be filed with the Clerk of Court within fourteen (14) days of the date of service of the report. *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. § 636(b)(1)(C). No objections have been filed.

      Where no objections to a report and recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)) (internal quotation marks and citations omitted). The Court has reviewed the Report and Recommendation for clear error and, finding none, hereby adopts the Report and Recommendation as the opinion of this Court.

Accordingly, this action is dismissed for Plaintiff's failure to comply with Court orders and for his apparent abandonment of this lawsuit. The Clerk of Court is directed to enter judgment and close this case.


Dated: October 24, 2017
       Brooklyn, New York

SO ORDERED:

/s/ LDH
LaSHANN DeARCY HALL
United States District Judge